1  **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
   CHRISTOPHER J. HECK, ESQ., Admitted *pro hac vice*
2  California Bar No. 174647
   11400 West Olympic Boulevard, 9th Floor
3  Los Angeles, California 90064-1582
   (310) 478-4100/Fax: (310) 479-1422
4  check@wrslawyers.com

5  **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
   JORDAN J. BUTLER, ESQ.
6  Nevada Bar No. 10531
   3556 East Russell Road, 2nd Floor
7  Las Vegas, Nevada 89120
   (702) 341-5200/Fax: (702) 341-5300
8  jbutler@wrslawyers.com

9  *Attorneys for Kenneth Himmler, Plaintiff*

10               **UNITED STATES FEDERAL DISTRICT COURT**

11                        **DISTRICT OF NEVADA**

12

13 | KENNETH HIMMLER, | |
|---|---|
14 | Plaintiff | Case No. 2:15-cv-00497-MMD-CWH |
15 | vs. | |
16 | LIVINGSTON GROUP ASSET MANAGEMENT, INC. DBA SOUTHPORT CAPITAL, INC., a Delaware corporation; HORIZON PRIVATE EQUITY, LLC, a Georgia limited liability company; JAMES WALLACE WOODS, an individual; JOHN J. WOODS, an individual; MICHAEL MOONEY, and individual; and DOES 1 THROUGH 10, | **JOINT REQUEST FOR EXTENSION OF TIME FOR PARTIES TO CONDUCT FRCP 26(f) DISCOVERY CONFERENCE, AND TO FILE PROPOSED DISCOVERY PLAN/SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |
21 | Defendants. | |

24      Plaintiff Kenneth Himmler, by and through his attorneys of record, Wolf, Rifkin, Shapiro,

25 Schulman, and Rabkin, LLP; and, Defendants, by and through their counsel of record, Marquis

26 Aurbach Coffing, hereby request an extension of time, pursuant to NV R USDCT LR 6-1 for the

27 parties to meet and confer in order to conduct the mandatory FRCP 26(f) discovery conference,

28 and subsequently jointly prepare and file the parties' proposed discovery plan/scheduling order,

1  such that this honorable Court may issue a Scheduling Order under FRCP 16(b)(1).  The discovery
2  plan/scheduling order is currently due on July 6, 2015.  The parties respectfully request an
3  amended deadline of August 6, 2015 for the parties to file the discovery plan/scheduling order.

4        Currently, Defendants' Motion to Dismiss is pending before this Court.  (<u>See</u> Docket No.
5  14.)  The Motion has been fully briefed.  (<u>See</u> Docket No. 18.)

6        DATED this 6th day of July, 2015.

**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN. LLP**

By:  */s/ Jordan J. Butler, Esq.*
CHRISTOPHER J. HECK, ESQ., *pro hac vice*
California Bar No. 174647
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
(310) 478-4100/Fax: (310) 479-1422
check@wrslawyers.com

JORDAN J. BUTLER, ESQ.
Nevada Bar No. 10531
3556 East Russell Road, 2nd Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
jbutler@wrslawyers.com

*Attorneys for Kenneth Himmler, Plaintiff*

DATED this 6th day of July, 2015.  **MARQUIS AURBACH COFFING**

By:  */s/ James Ruggeroli, Esq.*
Marquis Aurbach Coffing
Terry A. Coffing, Esq.
Nevada Bar No. 4949
James J. Ruggeroli, Esq.
Nevada Bar No. 7891
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
jruggeroli@maclaw.com
*Attorneys for Defendants*

2007901.1

-2-

REQUEST FOR EXTENSION OF TIME

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 7, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2015, a true and correct copy of **JOINT DISCOVERY PLAN AND SCHEDULING ORDER** was served via the United States District Court CM/ECF system on all Parties or persons requiring notice.

*/s/ Michael J. Hannon*
_____
Michael J. Hannon, An employee of WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP